Donna H. Catalfio (State Bar No. 021827)
**Bergin, Frakes, Smalley & Oberholtzer, PLLC**
4455 E. Camelback Road, Suite A-205
Phoenix, Arizona 85018
Telephone: (602) 888-7855
Facsimile:  (602) 888-7856
dcatalfio@bfsolaw.com
*Attorneys for Plaintiff ReBath, LLC*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ReBath, LLC, a Delaware limited liability company, | Case No.: |
| Plaintiff, | **SUMMONS** |
| v. | |
| New England Bath, Inc., a Massachusetts corporation; and Jennifer Bylo, an individual, | |
| Defendants. | |

**TO:  JENNIFER SHERRY BYLO
55-B CORPORATE PARK DRIVE
PEMBROKE, MA 02359**

**A LAWSUIT HAS BEEN FILED AGAINST YOU.**

Within TWENTY-ONE (21) DAYS after the service of the Summons and Complaint upon you (not counting the day you received it) – or 60 days if you are the United Stated or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

1

**Bergin, Frakes, Smalley & Oberholtzer, PLLC**
**c/o Donna H. Catalfio**
**4455 E. Camelback Road, Suite A-205**
**Phoenix, Arizona 8501**
**602-888-7869**

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

    SIGNED AND SEALED, this _____ day of _____, 2016.

                                                      CLERK OF COURT

                                                      By: