IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| REBATH, LLC, a Delaware limited liability company,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>NEW ENGLAND BATH, INC., a Massachusetts corporation; and JENNIFER BYLO, an individual,<br><br>　　　　　Defendants. | Case No.: CV-16-01700-PHX-DLR<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO REOPEN CASE AND<br>CONFIRM ARBITRATION AWARD** |

　　　　This matter having come before the Court pursuant to "Plaintiff's Motion to Reopen Case and Confirm Arbitration Award") [Doc.____], and good cause appearing:

　　　　**IT IS ORDERED** granting Plaintiff ReBath, LLC's motion to reopen this case for the sole purpose of confirming and entering judgment on the Final Award.

　　　　**IT IS FURTHER ORDERED** that the July 16, 2018, Final Award, entered in American Arbitration Association Case No. 01-17-0001-3882, is confirmed in all respects and is fully enforceable;

　　　　**IT IS FURTHER ORDERED** that consistent with and as set forth in the Final Award, Plaintiff ReBath, LLC is awarded the following:

　　　　1.　　Damages in the amount of **$429,817.89**, against New England Bath, Inc. and Jennifer Bylo, jointly and severally; and

　　　　2.　　Accrued pre-judgment interest in the amount of **$51,083.56**, which includes

1    interest at the rate of 6.00% from July 23, 2016 through July 16, 2018, against New England
2    Bath, Inc. and Jennifer Bylo, jointly and severally; and

3    　　　　3.　　Attorneys' fees and costs in the amount of **$204,415.27** and arbitration and
4    arbitrator compensation fees of **$43,531.25**, against New England Bath, Inc. and Jennifer
5    Bylo, jointly and severally; and

6    　　　　4.　　Post-judgment interest on the above amounts at the statutory rate of **2.36%**
7    from July 17, 2018 until the judgment is paid in full.

8    　　　　**IT IS FURTHER ORDERED** granting Plaintiff ReBath, LLC its attorneys' fees and
9    expenses reasonably incurred herein in bringing this Motion, pursuant to the terms of the
10   Franchise Agreements and A.R.S. § 12-341.01, and other governing law, and all costs
11   expended or incurred in bringing this Motion, in the amount of **$1,500.00**.

12   　　　　**IT IS FURTHER ORDERED** that the clerk is directed to enter judgment in favor of
13   Plaintiff ReBath, LLC in accordance with this Order.

14   　　　　　　　　　　　　　　**DATED AND SIGNED ABOVE.**